Date: 7-20-2015

From:

Christopher Wayne Baker
#1301359
Telford Unit
3899 State Hwy.98
New Boston, TX 75570

TO: The Honorable Clerk
of The Court of Criminal Appeals of Texas

Dear Honorable Clerk. I need to know what my Case No. was in your Court for my Petition for Discretionary Review(PDR). The original case number out of the 104th Judicial District court of Taylor county was <u>14512-B</u>. The cause number in the 11th District Court of Appeals(Eastland Texas) was <u>11-05-00165 CR</u>. My court appointed appeal lawyer filed a PDR in your court on or about the middle of April 2006. I have placed a self addressed stamped envelope in this letter for postage so that you can send me the info requested please. **I simply need to know the PD number in your court,and the date your court refused it.**

THANKYOU,

RESPECTFULLY REQUESTED,

*Christopher W. Baker*

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk